# EXHIBITS TO
# PLAINTIFF PROXY-CLEAN PRODUCTS'
# ORIGINAL COMPLAINT

P-1    United States Trademark Registration No. 2,805,574 – PROXY-CLEAN®

P-2    United States Trademark Registration No. 5,296,093 – Proxy-Clean®

P-3    United States Trademark Registration No. 5,296,094 – Mineral-Clean®

P-4    United States Trademark Registration No. 5,296,095 – Hydro-Clean®

P-5    Foam-Clean™ Logo

# Exhibit P-1

United States Trademark
Registration No. 2,805,574
PROXY-CLEAN®

Int. Cl.: 1

Prior U.S. Cls.: 1, 5, 6, 10, 26, and 46

United States Patent and Trademark Office

Reg. No. 2,805,574
Registered Jan. 13, 2004

## TRADEMARK
### PRINCIPAL REGISTER

### PROXY-CLEAN

JENHILL EQUIPMENT, L.L.C. (NEW YORK CORPORATION)
114 WELLS STREET
SARATOGA, CA 12866

FOR: DETERGENT ADDITIVE FOR USE IN WATER DELIVERED TO POULTRY AND LIVESTOCK, FOR THE PURPOSE OF REDUCING THE BUILD-UP OF MINERALS IN PIPES, IN CLASS 1 (U.S. CLS. 1, 5, 6, 10, 26 AND 46).

FIRST USE 8-13-2002; IN COMMERCE 8-13-2002.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CLEAN", APART FROM THE MARK AS SHOWN.

SN 76-411,198, FILED 5-20-2002.

MARC LEIPZIG, EXAMINING ATTORNEY

Exhibit P-1
Plaintiff Proxy-Clean Products'
Original Complaint

# Exhibit P-2

United States Trademark
Registration No. 5,296,093
Proxy-Clean®

# United States of America
## United States Patent and Trademark Office

# Proxy-Clean

**Reg. No. 5,296,093**
**Registered Sep. 26, 2017**
**Int. Cl.: 1**
**Trademark**
**Principal Register**

Dairy Clean Products, Inc. (TEXAS CORPORATION)
2020 McKinney Street
Melissa, TX 75454

CLASS 1: Detergent additive for use in water delivered to poultry and livestock, for the purpose of reducing the build-up of minerals in pipes

FIRST USE 11-15-2011; IN COMMERCE 11-15-2011

The mark consists of the phrase "Proxy-Clean" using a droplet of water as the letter "o".

OWNER OF U.S. REG. NO. 2805574

SER. NO. 87-355,648, FILED 03-02-2017
RUSS HERMAN, EXAMINING ATTORNEY



*Joseph Matal*
Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

Exhibit P-2
Plaintiff Proxy-Clean Products'
Original Complaint

# Exhibit P-3

United States Trademark Registration No. 5,296,094 Mineral-Clean®

# United States of America
## United States Patent and Trademark Office

## Mineral-Clean

**Reg. No. 5,296,094**
**Registered Sep. 26, 2017**
**Int. Cl.: 1**
**Trademark**
**Principal Register**

Dairy Clean Products, Inc. (TEXAS CORPORATION)
2020 McKinney Street
Melissa, TX 75454

CLASS 1: Additive comprising organic and inorganic acids for use in water delivered to poultry and livestock, for the purpose of lowering the potential of hydrogen (pH) and reducing the build-up of minerals in pipes

FIRST USE 4-26-2013; IN COMMERCE 4-26-2013

The mark consists of the phrase "Mineral-Clean" with the letter "a" inside a droplet of water.

SER. NO. 87-355,650, FILED 03-02-2017
RUSS HERMAN, EXAMINING ATTORNEY



Joseph Matal
Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

Exhibit P-3
Plaintiff Proxy-Clean Products'
Original Complaint

# Exhibit P-4

United States Trademark
Registration No. 5,296,095
Hydro-Clean®

Exhibits P-1 to P-5
Plaintiff Proxy-Clean Products'
Original Complaint

# United States of America
## United States Patent and Trademark Office

# Hydro-Clean

**Reg. No. 5,296,095**
**Registered Sep. 26, 2017**
**Int. Cl.: 1**
**Trademark**
**Principal Register**

Dairy Clean Products, Inc. (TEXAS CORPORATION)
2020 McKinney Street
Melissa, TX 75454

CLASS 1: Detergent additive for use in water delivered to poultry and livestock, for the purpose of reducing the build-up of minerals in pipes

FIRST USE 11-30-2016; IN COMMERCE 11-30-2016

The mark consists of the phrase "Hydro-Clean" using a droplet of water as the letter "o".

SER. NO. 87-355,655, FILED 03-02-2017
RUSS HERMAN, EXAMINING ATTORNEY



*Joseph Matal*
Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

Exhibit P-4
Plaintiff Proxy-Clean Products'
Original Complaint

# Exhibit P-5

Foam-Clean™ Logo

Exhibits P-1 to P-5
Plaintiff Proxy-Clean Products'
Original Complaint



Exhibit P-5
Plaintiff Proxy-Clean Products'
Original Complaint