**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **DAIRY CLEAN PRODUCTS, INC.** § | |
| **d/b/a PROXY-CLEAN PRODUCTS,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| **v.** § | |
| § | |
| **KANTERS ANIMAL HEALTH, LLC,** § | |
| **KANTERS SPECIAL PRODUCTS B.V.,** § | |
| **KSP HOLDING B.V., and** § | |
| **ANIMAL HEALTH** § | |
| **INTERNATIONAL, INC.,** § | |
| § | |
| **Defendants.** § | |

------------------------------------------------------------   **CIVIL ACTION NO. 4:19-cv-00364-ALM**

| | |
|---|---|
| **ANIMAL HEALTH** § | |
| **INTERNATIONAL, INC.,** § | |
| § | |
| **Cross-Claim Plaintiff,** § | |
| § | |
| **v.** § | |
| § | |
| **KANTERS ANIMAL HEALTH, LLC,** § | |
| § | |
| **Cross-Claim Defendant.** § | |

**ORDER GRANTING MOTION TO AMEND THE SCHEDULING ORDER TO
EXTEND ALL DATES BY 60 DAYS**

Based upon the parties' Agreed Motion To Amend The Scheduling Order To Extend All

Dates By 60 Days (Dkt. #46) the Court makes and enters the following Order:

IT IS HEREBY **ORDERED** that:

1.      The Motion is **GRANTED in part** and the deadlines of the case are as follows:

1

**DEADLINES**

| | |
|---|---|
| March 15, 2020 | Mediation deadline |
| April 12, 2020 | Disclosure of expert testimony pursuant to Fed. R. Civ. P. 26(a)(2) and Local Rule CV-26(b) on issues for which the party bears the burden of proof. |
| April 26, 2020 | Deadline for Plaintiff to file amended pleadings. (A motion for leave to amend is required.) |
| May 9, 2020 | Disclosure of expert testimony pursuant to Fed. R. Civ. P. 26(a)(2) and Local Rule CV-26(b) on issues for which the party does not bear the burden of proof. |
| May 9, 2020 | Deadline for Defendant's final amended pleadings. (A motion for leave to amend is required.) |
| 6 weeks after disclosure of an expert is made | Deadline to object to any other party's expert witnesses. Objection shall be made by a motion to strike or limit expert testimony and shall be accompanied by a copy of the expert's report in order to provide the court with all the information necessary to make a ruling on any objection. |
| July 30, 2020 | Deadline for motions to dismiss, motions for summary judgment, or other dispositive motions. |
| July 18, 2020 | All discovery shall be commenced in time to be completed by this date. |
| October 25, 2020 | Notice of intent to offer certified records. |

| | |
|---|---|
| October 25, 2020 | Counsel and unrepresented parties are each responsible for contacting opposing counsel and unrepresented parties to determine how they will prepare the Joint Final Pretrial Order (See www.txed.uscourts.gov) and Joint Proposed Jury Instructions and Verdict Form (or Proposed Findings of Fact and Conclusions of Law in non-jury cases). |
| November 1, 2020 | Video Deposition Designation due. Each party who proposes to offer a deposition by video shall serve on all other parties a disclosure identifying the line and page numbers to be offered. All other parties will have seven calendar days to serve a response with any objections and requesting crossexamination line and page numbers to be included. Counsel must consult on any objections and only those which cannot be resolved shall be presented to the court. The party who filed the initial Video Deposition Designation is responsible for preparation of the final edited video in accordance with all parties' designations and the Court's rulings on objections. |
| November 8, 2020 | Motions in limine due. File Joint Final Pretrial Order. (See www.txed.uscourts.gov). |
| November 22, 2020 | Response to motions in limine due. File objections to witnesses, deposition extracts, and exhibits, listed in pre-trial order. (This does not extend the deadline to object to expert witnesses) (Provide the exhibit objected to in the motion or response). If numerous objections are filed the court may set a hearing prior to docket call. File Proposed Jury Instructions/Form of Verdict (or Proposed Findings of Fact and Conclusions of Law). |

| | |
|---|---|
| Date will be set by court. Usually within 10 days prior to the Final Pretrial Conference. | If numerous objections are filed the court may set a hearing to consider all pending motions and objections. |
| December 3, 2020 | Final Pretrial Conference at 9:00 a.m. at the Paul Brown United States Courthouse located at 101 East Pecan Street in Sherman, Texas. Date parties should be prepared to try case. All cases on the Court's Final Pretrial Conference docket for this day have been set at 9:00 a.m. However, prior to the Final Pretrial Conference date, the Court will set a specific time between 9:00 a.m. and 4:00 p.m. for each case, depending on which cases remain on the Court's docket. |
| To be determined | 10:00 a.m. Jury selection and trial at the Paul Brown United States Courthouse located at 101 East Pecan Street in Sherman, Texas. Cases that remain for trial following the Court's Pretrial docket will be tried between January 4, 2021, and January 29, 2021. A specific trial date in this time frame will be selected at the Final Pretrial Conference. |

**SIGNED this 28th day of January, 2020.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE